IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEIDI HANRECK and RAYMOND ANDRAROWSKI** Plaintiffs, | : : : : : | Civil No. 1: 16-cv-01163 |
| v. | : : : | |
| **WINNEBAGO INDUSTRIES, INC.,** Defendant. | : : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant's motion for summary judgement (Doc. 37) is **GRANTED** with respect to Plaintiffs' implied warranty claim and is **DENIED** in all other respects. Additionally, the parties' motions *in limine* are disposed of as follows:

1. Defendant's motion for admission of felony conviction (Doc. 39), is **DENIED**;

2. Defendant's motion to preclude expert witness (Doc. 41), is **DENIED**;

3. Defendant's motion to preclude video inspection footage (Doc. 43), is **DENIED**;

4. Plaintiffs' motion regarding attorney fees, statutory damages, and treble damages (Doc. 45), is **GRANTED**

5. Plaintiffs' motion regarding improper motives (Doc. 47), is **GRANTED** to the extent that Defendant shall not make disparaging remarks about Plaintiffs or Plaintiffs' counsel and is **DENIED** in all other respects;

6. Plaintiffs' motion to exclude certain opinions of Defendant's expert witness (Doc. 49), is **GRANTED** to the extent it seeks to exclude legal conclusions regarding interpretations of the warranty or whether a breach of said warranty exists and is **DENIED** in all other respects; and

7. Plaintiffs' motion to exclude evidence of a witness' criminal convictions (Doc. 51) is **GRANTED**.

**IT IS FUTHER ORDERED** that the stay in the above-captioned matter is lifted and the remaining deadlines in this matter are hereby set as follows:

| | |
|---|---|
| Jury Selection/Trial Date | July 15, 2019 |
| Pretrial Conference | June 27, 2019 |
| Pretrial Memoranda | June 20, 2019 |
| Proposed *Voir Dire* and Jury Instructions | June 20, 2019 |

          s/Sylvia H. Rambo_____
          SYLVIA H. RAMBO
          United States District Judge

Dated: March 27, 2019