IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEIDI HANRECK and RAYMOND ANDRAROWSKI** | Civil No. 1: 16-cv-01163 |
| Plaintiffs, | |
| v. | |
| **WINNEBAGO INDUSTRIES, INC.,** | |
| Defendant. | Judge Sylvia H. Rambo |

# VERDICT FORM

1. Did Defendant Winnebago breach a warranty to Plaintiffs on Plaintiffs' RV?

   Yes __✓__        No _____

*If you answered "Yes" to Question 1, proceed to Question 2. Otherwise, sign and date this form and return to the courtroom.*

2. Did Plaintiffs sustain any damages as a result of Defendant Winnebago's breach of a warranty?

   Yes __✓__        No _____

*If you answered "Yes" to Question 2, proceed to Question 3 on the following page. Otherwise, sign and date this form and return to the courtroom.*

3. What amount of damages, if any, do you award to Plaintiffs as a result of Defendant Winnebago's breach of a warranty?

Amount $ 500,000.00  five hundred thousand dollars /00

*Sign and date this form and return to the courtroom.*

**SO SAY WE ALL, this** _19_ **day of July, 2019.**



Foreperson